176 So. 920

**Emmett CLARK v. STATE.**
4 Div. 317.

Court of Appeals of Alabama.
Nov. 9, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 920

**Emmett CLARK v. STATE.**
4 Div. 318.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Appeal dismissed.

176 So. 921

**Julia CLARK v. STATE.**
4 Div. 377.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

177 So. 918

**L. Belcher CLARK v. STATE.**
4 Div. 365.

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 920

**R. A. CLARK v. STATE.**
4 Div. 315.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Appeal dismissed.

176 So. 921

**Rose CLARK v. STATE.**
4 Div. 374.

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.

180 So. 897

**Zora Lee CLAYTON v. STATE.**
8 Div. 540.

Court of Appeals of Alabama.
March 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

178 So. 922

**Eli COCHRAN v. STATE.**
8 Div. 611.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.